**DISMISSED and Opinion Filed January 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01322-CV**

**GRUENEPOINTE HOLDINGS, LLC, Appellant**
**V.**
**KENNETH A. KRISTOFEK, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09588**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is the parties' January 3, 2019 agreed motion to dismiss the appeal with

prejudice. We grant the motion.

We dismiss the appeal with prejudice.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

181322F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GRUENEPOINTE HOLDINGS, LLC,
Appellant

No. 05-18-01322-CV      V.

KENNETH A. KRISTOFEK, Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-09588.
Opinion delivered by Chief Justice Burns,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered January 14, 2019